**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| LISA LAURENT, | - | |
| Plaintiff, | - | |
| | - | VOLUNTARY DISMISSAL |
| v. | - | |
| DELANOR KEMPER & ASSOCIATES, LLC, | - | CASE NO: 1:10-cv-04006 |
| Defendant. | - | |

## NOTICE OF VOLUNTARY DISMISSAL

LISA LAURENT (Plaintiff), by her attorneys, KROHN & MOSS, LTD., and pursuant to FRCP 41(a)(1)(A) (Dismissal of Actions—Voluntary Dismissal By Plaintiff Without Court Order) voluntarily dismisses, without prejudice, DELANOR KEMPER & ASSOCIATES, LLC (Defendant), in this case.

Both sides to bear their own costs and expenses.

RESPECTFULLY SUBMITTED,
By:   Shireen Hirmozdi, Esq.
       Shireen Hormozdi
       Attorney for Plaintiff
       Krohn & Moss, LTD
       10474 Santa Monica Blvd Ste 401
       Los Angeles, CA 90025

1